# *United States District Court*

___MIDDLE___ ____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

BENEDICT OLUSOLA ADANDE

## WARRANT FOR ARREST

CASE NUMBER: *2:06 mj 29- DRB*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest_____ BENEDICT OLUSOLA ADANDE _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

stealing or receiving stolen mail matter, unlawfully possessing or using identification of
another and executing a scheme to defraud a financial institution

in violation of Title__18___ , United States Code, Section(s) __1708; 1028A; 1344___ .

Delores R. Boyd
_____
Name of Issuing Officer

_____
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
_____
Title of Issuing Officer

3/9/06 *Montgomery, Alabama*
_____
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____     by     _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest