# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States vs. Benedict Olusola Adande

PERSON REPRESENTED (Show your full name): Benedict Olusola Adande

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS:
District Court: 2:06MJ29-DRB

CHARGE/OFFENSE: ☒ Felony ☐ Misdemeanor
- 18 USC 1708
- 18 USC 1028A
- 18 USC 1344

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- IF NO, give month and year of last employment. How much did you earn per month $ NONE
- If married is your Spouse employed? Not applicable

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- $3,800 monthly — Support from parents
- $50 month for subleasing apartment

**CASH**: Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No — IF YES, state total amount $2,000

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☒ Yes ☐ No
- Value: $16,000 — 2001 Jeep Grand Cherokee

**DEPENDENTS**: ☒ SINGLE — Total No. of Dependents: 0

**OBLIGATIONS & DEBTS**

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Living expenses to girlfriend | | 150 |
| Rent | | 550 |
| Car insurance | | 80 |
| Cell phone | | 100 |
| Gas | | 240 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT: [signed]  Date: 3/10/06

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH. under the penalty of perjury 28 U.S.C. § 1746