**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 3-10-2006

DIGITAL RECORDING: IA 3:11-3:23 pm
Prel Hrg 3:24-3:35 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql
CASE NO.: 2:06mj29-DRB
DEFT. NAME: Benedict Olusola ADRANDE
USA: Speirs
ATTY: Bethel
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (x) CDO
( ) Stand In ONLY
USPTSO/USPO: Thweatt

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES NAME: _____

- [x] kars. — Date of Arrest 3-9-06 or [ ] Rule 5
- [x] kia — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [x] — Requests appointed Counsel [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted — ORAL ORDER appointing Community Defender Organization ✓ - Notice to be filed.
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained _____
- [ ] — Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [x] — Government's WRITTEN Motion for Detention Hrg. filed.
- [x] kdmhrg. — Detention Hearing [ ] held; [x] set for 3-14-06 = 10:30 am
- [ ] kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- [ ] — [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- [x] — Preliminary Hearing [x] Set for _____ Held ✓
- [ ] ko. — Deft. ORDERED REMOVED to originating district
- [ ] kwvprl — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [x] — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury
- [ ] karr. — ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
- [ ] — [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
- [ ] — DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, _____NORTHERN_____ DIVISION

UNITED STATES OF AMERICA

vs.   CR. NO. 2:06mj29-DRB

BENEDICT OLUSOLA ADRANDE

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| James Tynan | 1. |
|  | 2. |
|  | 3. |
|  | 4. |
|  | 5. |
|  | 6. |
|  | 7. |
|  | 8. |
|  | 9. |
|  | 10. |
|  | 11. |
|  | 12. |
|  | 13. |
|  | 14. |
|  | 15. |
|  | 16. |
|  | 17. |