IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-mj-29-B |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

## GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United

States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves

for a detention hearing for the above-captioned defendant.

1.     Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____     Crime of violence (18 U.S.C. 3156)

_____     Maximum sentence of life imprisonment or death

_____     10 + year drug offense

_____     Felony, with two prior convictions in the above categories

_____X_____     Serious risk the defendant will flee

_____     Serious risk of obstruction of justice

2.  Reason For Detention

The Court should detain defendant because there are no conditions of release which will

reasonably assure:

_____X_____     Defendant's appearance as required

_____     Safety of any other person and the community

3.    Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

_____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____    Previous conviction for "eligible" offense committed while on pretrial bond

_____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.    Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

____X____    After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 10th day of March, 2006.

LEURA G. CANARY
United States Attorney

Verne H. Speirs
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov