**COURTROOM DEPUTY MINUTES**  DATE: 3-14-2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 10:30 - 10:33 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ✓ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO. 2:06mj29-DRB
DEFT. NAME: Benedict Olusola ADANDE

USA: ~~Speirs~~ Brown
ATTY: Jennifer Hart
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Thweatt

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES  NAME: _____

- ☐ kars.    Date of Arrest _____ or ☐ karsr40
- ☐ kia.     Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.   Deft. First Appearance with Counsel
- ☐         Deft. First Appearance without Counsel
- ☐         Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐         Deft. Advises he will retain counsel. Has retained _____
- ☐         Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐         Government's WRITTEN Motion for Detention Hrg. filed.
- ✓ kdmhrg. **Detention Hearing** ✓ held; ☐ set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐         ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ✓ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐         Preliminary Hearing ☐ Set for _____
- ☐ ko.     Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐         Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ karr.   ARRAIGNMENT. SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
           ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
           DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt  Waiver of Speedy Trial Act Rights Executed