# United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

RECEIVED
2006 MAR -9 P 3:30
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

UNITED STATES OF AMERICA

v.

BENEDICT OLUSOLA ADANDE

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj29-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____BENEDICT OLUSOLA ADANDE_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

stealing or receiving stolen mail matter, unlawfully possessing or using identification of another and executing a scheme to defraud a financial institution

in violation of Title __18__, United States Code, Section(s) __1708; 1028A; 1344__.

Delores R. Boyd
Name of Issuing Officer

/s/ Delores R. Boyd
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

3/9/06 Montgomery, Alabama
Date and Location

RETURNED AND FILED
MAR 14 2006

(By) Deputy Clerk

Bail fixed at $_____ by _____

Name of Judicial Officer  CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 3/9/06 | NAME AND TITLE OF ARRESTING OFFICER J.D. Tynan U.S. Postal Inspector | SIGNATURE OF ARRESTING OFFICER J.D.T. |
|---|---|---|
| DATE OF ARREST 3/9/06 | | |

AO 442 (Rev. 5/81) Warrant for Arrest