RECEIVED

# THE UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

2006 APR -4 A 9:25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

BENEDICT OLUSOLA ADANDE

Vs.                             CASE NUMBER: 2:06 mj 29-DRB

UNITED STATES OF AMERICA

## MOTION TO BE RECOGNIZED AS CO-COUNSLE

(1) I am requesting to assist my attorney with any further on going proceedures and development in my Court Case. I want to be aware and allowed to grant permission for my attorney to disclose or discuss any information pertaining my Court Case to any party other than me.

## MOTION TO ATTEND ALL HEARINGS.

(2) I request to be physically present in all Court proceedings and meetings concerning my Case.

## MOTION TO HAVE DOCUMENTS

(3) I request a copy of each document showing the Cause and nature, also proper proceedings information provided to any person of status relating to Case number: 2:06mj 29-DRB by the law enforcement agency.

CERTIFICATE OF SERVICE.

One (1) extra Copy is enclosed if notice need to be delivered to anyother party than the ones listed below. Notice have been delivered by mail-out to:

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Alabama 36101-0711

Notice have been delivered by mail-Out to:

Jennifer Hart
Federal Defenders
Middle District of Alabama
407 The RSA Tower
201 Monroe Street
Montgomery, Alabama 36104

Notary Address: Post office Drawer 159
                Montgomery Alabama 36101

Petitioner Signature _____
Notary Public Signature _Lisa Hampton Davis_
                         Lisa Hampton Davis
My Commission Expire _March 17, 2009_
Today's Date: March 31, 2006