IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES O F AMERICA ) | |
| ) | |
| vs.  ) | CR NO.   2:06CR90-MHT |
| ) | |
| BENEDICT OLUSOLA ADANDE   ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **April 19, 2006** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**BENEDICT OLUSOLA ADANDE**

before the United States District Court at Montgomery, Alabama in **Courtroom 4-B** on the 19TH day of **April, 2006** at **10:00 o'clock a. m.**

**DONE** this 6th day of April, 2006.

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation
      Federal Defender's Office