IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06-CR-00090-MHT |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

**ORDER ON MOTIONS**

Having been appointed the Federal Defender as his counsel, pursuant to his oral motion on March 10, 2006 (Docs.3, 7), the Defendant filed *pro se* on April 4, 2006, a single pleading which captions separately three motions: (1) *Motion to be Recognized as Co-Counsel; Motion to Attend All Hearings; Motion to Have Documents* (Doc. 12). After due consideration, it is **ORDERED** as follows:

1. Defendant's *Motion to be Recognized as Co-Counsel* is **DENIED** for lack of any compelling justification. Defendant is already entitled to "be aware" of procedures and developments in his case, and the court is confident of the Federal Defender's diligence in this regard. His additional request "to grant permission" for counsel "to disclose or discuss any information pertaining [to his] court case" to anyone else unduly hampers the effective performance of counsel and is otherwise unreasonable.

2. Defendant's *Motion to Attend All Hearings* is **DENIED**. The Defendant is advised that his presence will be secured for any evidentiary hearing or any similar "proceedings and meetings" of substantive or material relevance to his case. Counsel is instructed to give notice to the defendant of any "counsel-only" scheduling or status

conference set in his case, and Defendant may show any good cause why his appearance may be nonetheless necessary or appropriate.

    3. Defendant's *Motion to Have Documents"* is **DENIED.** Counsel is instructed to ensure that the Defendant receives copies of discovery records and orders served on counsel.

    Done this 11th day of April, 2006.


                                **/s/ Delores R. Boyd**
                                DELORES R. BOYD
                                UNITED STATES MAGISTRATE JUDGE