# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **April 17, 2006**

DIGITAL RECORDING: **11:33 – 11:42**

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06cr90-MHT-CSC**     DEFT. NAME: **BENEDICT OLUSOLA ADANDE**

USA: **TODD BROWN**     ATTY: ~~JENNIFER HART~~ **Kevin Butler**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO: _____

Defendant __√__ does __ does NOT need an interpreter; NAME _____

- ☐ Kars.    Date of Arrest _____ or ☐ karsr40
- √ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; ☐ set for____; ☐ **Prelim. Hrg** ☐ Set for____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $_____ Deft released (kloc LR)
-     ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.    ARRAIGNMENT SET FOR:_____ ✓ HELD. Plea of **NOT GUILTY** entered.
-     ✓ Trial Term **8/7/06**; ☐ PRETRIAL CONFERENCE DATE: _____
-     ✓ DISCOVERY DISCLOSURES DATE: **4/19/06**
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ✓ Kwvspt    Waiver of Speedy Trial Act Rights Executed.