| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE :   JUNE 2, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED:   1:04- 1:06 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR90-MHT-CSC**     **DEFENDANT NAME: BENEDICT O. ANDANDE**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY.  CHRISTINE FREEMAN |

√    DISCOVERY STATUS: Completed.
_____
_____

√ PENDING MOTION STATUS:   NONE.
_____

√    PLEA STATUS: Possible Plea.
_____
_____

√    TRIAL STATUS: Case will take 3-4 days, if goes to trial.
_____

❒    REMARKS:
_____
_____