IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-90-MHT |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

**ORDER**

Upon consideration of the government's motion for release of prisoner filed on July 20, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Benedict Olusola Adande to Jim Tynan, U.S. Postal Inspection Service, and/or Terry Miles, Troy Police Department, on July 21, 2006, through October 21, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Jim Tynan, U.S. Postal Inspection Service, and/or Terry Miles, Troy Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 26th day of July, 2006.

                                            /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE