IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr90-MHT |
| BENEDICT OLUSOLA ADANDE | ) | |
| | ) | |

## ORDER

It is ORDERED that defendant Benedict Olusola Adande's motion to seal (Doc. No. 39) is granted.

DONE, this the 31th day of July, 2006.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE