**FILED**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

OCT 2 3 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **CR. NO. 2:06CR90-MHT** |
| | ) | |
| **BENEDICT OLUSOLA ADANDE** | ) | |

### CONSENT

I, **BENEDICT OLUSOLA ADANDE**, hereby declare my intention to enter a plea

of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a

United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal

Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me

guilty based on my plea of guilty.  I understand that the District Judge to whom this case is

assigned will decide later whether to accept or reject any plea agreement I may have with

the United States and will impose sentence.

Done this the 23rd of October, 2006.

_____
Defendant

_____
Attorney