COURTROOM DEPUTY MINUTES  DATE: October 23, 2006   FTR RECORDING: 10:19 - 10:48 & 12:39 -12:41

MIDDLE DISTRICT OF ALABAMA     COURT REPORTER: Mitchell Risner

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON
**CASE NUMBER:** 2:06CR90-MHT-CSC    **DEFENDANT NAME:** BENEDICT O. ANDANDE
**AUSA:** A. CLARK MORRIS    **DEFENDANT ATTY:** JENNIFER HART
**Type Counsel:** ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO
**USPTS/USPO:**

Defendant ___ does   √ ___ does NOT need and interpreter.  Name: _____

- ❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
- ❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.
- ❏ **WAIVER OF INDICTMENT** executed and filed.
- ❏ **FELONY INFORMATION** filed.
- ❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) _____ of the **Indictment.**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

- √ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ❏ No Plea Agreement entered   √ Written plea agreement filed.   ❏ **ORDERED SEALED.**
- √ **ORAL ORDER** Adjudicating defendant guilty.
- ❏ **ORDER:** Defendant Continued   ❏ Same Conditions/Bond imposed ;

  ❏ Released on Bond & Conditions of Release for:   ❏ Trial on _____ ;

  ❏ Sentencing on _____ ;   ❏ to be set by Separate Order

- √ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

  ❏ Trial on _____ ; or √ Sentencing on _____ √ Set by separate Order.

The Court cannot accept plea agreement. Case remains on the Oct. 30 trial term.