Benedict Olusola Adande
Federal Inmate
c/o Autauga Co. Metro Jail
136 N. Court Street
Prattville, AL 36067

Dear Court,

My name is Benedict Adande. My case number is - 2:06 cr-90-MHT. I am writing you for help in my case. My attorney, Jennifer Hart does not have my case in her best interest. We seem to disagree on a lot of issues and she doesn't like me to ask questions. My trial is set for October 30, 2006. Will you please help me get a new attorney. She has not prepared me for any of these court dates. Thank you for your attention to this matter.

Sincerely
Adande