AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

BENEDICT OLUSOLA ADANDE

**NOTICE**

CASE NUMBER:  2:06cr90-001-MHT

TYPE OF CASE:

☐ CIVIL     X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| The Frank M. Johnson, Jr. US Courthouse Complex<br>One Church Street<br>Montgomery AL 36104 | 2FMJ |
| | DATE AND TIME |
| | 10/26/2006 @ 8:15 AM |

TYPE OF PROCEEDING

MOTION HEARING re Motion to Appoint New Counsel

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/25/2006
DATE

(BY) DEPUTY CLERK