IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06cr90-MHT |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

**ORDER**

For good cause, it is

**ORDERED** that this matter be and is hereby set for a status conference on **October 26, 2006, at 11:30 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The court will also consider the *Defendant's Pro Se Request for New Counsel* (doc. #61) at this time.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 26th day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE