# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 10/26/06 | AT | 12:17 pm. To 12:24 pm. |
| DATE COMPLETED: 10/26/06 | AT | Digital Recorded |

UNITED STATES OF AMERICA

  Plaintiff

VS.          CASE NO.: 2:06CR90-MHT-CSC

BENEDICT O. ADANDE

  Defendant

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. A. Clark Morris | | Atty. Kevin Butler |
| Atty. Todd Brown | | |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY:** WANDA STINSON    **LAW CLERK:** CORRIE LONG

---

( X ) OTHER PROCEEDINGS: **STATUS CONFERENCE/MOTION HRG**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Status Conference - 06cr90-MHT-CSC | | |
|---|---|---|---|
| Date | 10/26/2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 12:17:03 PM | Court | Court convenes; parties present as noted. Govt. counsel is excused to wait outside the courtroom; |
| 12:17:26 PM | Atty. Butler | Addresses the court as to Deft's letter presented to court; Spoke with deft yesterday and he does not wish to work with Atty. Jennifer Hart; |
| 12:18:01 PM | Court | Why not? |
| 12:18:01 PM | Mr. Adande | Response ; |
| 12:18:09 PM | Court | You don't get a choice, what's the problem? |
| 12:18:13 PM | Mr. Adande | Response - She saids a lot of things and it seems like her interest doesn't suit my status in the case; |
| 12:18:24 PM | Court | Don't understand what you mean by that; |
| 12:18:26 PM | Mr. Adande | Response; There's a lot of things she said she was going try and fight and look in to and try and present to me so that I can understand more about the case and she didn't do nothing about that; Spoke with Mr. Butler for about 2 1/2 hours yesterday; |
| 12:19:02 PM | Atty. Butler | Will not make any comments regarding Ms. Hart's representation; Request that the court appoint panel counsel; |
| 12:19:25 PM | Court | What's the difference in doing that and allowing you or some other lawyer in your office to represent Mr. Adande; Defendant advised that he doesn't get a choice in counsel; Informed counsel that he may assist Ms. Hart. |
| 12:19:35 PM | Atty. Butler | |
| 12:20:02 PM | Court | Advised deft that he can either retain counsel or have an attorney appointed, and the court will appoint who it wants; |
| 12:20:14 PM | Mr. Adande | Addresses the court; Ms. Jennifer Hart didn't do what she promised she would try and do, which was to bring cases that were similar to what I was charged with and explained that to me; and tell about the guidelines and my enhancement; |
| 12:21:28 PM | Court | Discussion as to the plea collouqy taken the other day; The motion for appointment of new counsel is DENIED, Mr. Butler is granted leave to work with Ms. Hart on this matter; This case is presently set for trial on Monday; |
| 12:22:08 PM | Atty. Butler | Infomed the court that Jennifer Hart was in a trial this week before Judge Albritton and had taken ill. She is out today and tomorrow; Ask that the court to move this for a period of at least a month; |
| 12:22:49 PM | Court | That's a matter you will need to take up with Judge Thompson, today; |

| | | |
|---|---|---|
| 12:23:25 PM | Court | Govt. counsel returns to the courtroom; Court has denied Deft's motion for appointment of new counsel; Advised counsel that Ms. Hart is sick and that the trial before Judge Albitton had to be continued; Judge Albritton is going to continue the trial to begin on Monday which is the same time this trial scheduled to begin; Court suggest that parties confer with Judge Thompson about what to do; |
| 12:23:57 PM | Atty. Butler | Is it possible to make an oral request for status conference before Judge Thompson or would that need to be in writing; |
| 12:24:09 PM | Court | It would be a good idea for you to go a head and put in writing; Court will mention it to him. |
| 12:24:21 PM | Court | Court is recessed. |