### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr90-MHT |
| ) | |
| BENEDICT OLUSOLA ADANDE ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Benedict Olusola Adande, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161(h)(4), 3161(h)(8)(A), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the trial in this matter, currently scheduled for the November 3, 2006 trial term. In support of this request, the Defendant would show:

1. Mr. Adande was charged in a four-count indictment with offenses involving bank fraud and identity theft.

2. Mr. Adande's trial is currently set for November 3, 2006.

3. On October 26, 2006, lead counsel in this case, Ms. Jennifer Hart, Esq., became ill and she will not be returning to work until at least October 30, 2006.[1]

4. If Ms. Hart returns to work on October 30, 2006, she will conclude the trial in the matter of **United States v. Dexter Smith**, **1:06cr91-WHA No.** This trial was continued so as to allow Ms. Hart time to recuperate from her illness. If Ms. Hart is unable to return to work on or before October 30, 2006, undersigned counsel will be

---

[1] At this time undersigned counsel does not know the exact nature and extent of the illness. However, counsel has been informed that she may be hospitalized through October 29, 2006.

lead counsel during the October 30, 2006 trial of **United States v. Dexter Smith**, **1:06cr91-WHA** .

4. As a result of a motion for new counsel, filed by Mr. Adande, undersigned counsel has also been assigned to assist Ms. Hart in her representation of Mr. Adande. However, undersigned counsel can not be ready for trial in this matter on or before November 3, 2006. Additionally, there is the possibility that undersigned counsel may be sole counsel in this matter if Ms. Hart is not able to return prior to the presently scheduled trial date.

5. Given Ms. Hart's health concerns and undersigned counsel's unexpected need to prepare for trial in this case and the case of **United States v. Dexter Smith**, **1:06cr91-WHA,** both parties agree it is in the interest of justice to continue trial of this matter. A continuance will also allow the parties the opportunity to further negotiate a potential resolution of this matter.

6. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161 (h)(1)(I), 3161(h)(8)(A), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), this court has authority, in the interest of justice, to continue a trial to allow counsel additional time to prepare.

7. Counsel for the Government has no opposition to this requested continuance.

8. It is anticipated a waiver of speedy trial signed by Mr. Adande will be filed on or before October 27, 2006. However, given the facts outlined above, pursuant to 18 U.S.C. § 3161 this court has the authority to continue trial in this matter.

**WHEREFORE**, for the foregoing reasons, the Defendant respectfully prays that this Motion be granted.

Dated this 26th day of October 2006.

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd Brown Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    Respectfully submitted,

    s/Kevin L. Butler
    **KEVIN L. BUTLER**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    AZ Bar Code: 014138