# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr90-MHT |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Benedict Olusola Adande, after being first advised of his right

to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and *N.TB*

the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to *B.A*

*and requests his case be set on the February 5, 2007 trial term,*

the November 3, 2006, trial term ~~for the February 5, 2007, trial term~~.


_____

**BENEDICT OLUSOLA ADANDE**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:06cr90-MHT** |
| | ) | |
| **BENEDICT OLUSOLA ADANDE** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138