IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )      CRIMINAL ACTION NO.
                              )        2:06cr90-MHT
BENEDICT OLUSOLA ADANDE       )           (WO)
```

<u>ORDER</u>

This case is now before the court on the defendant Benedict Olusola Adande's motion to continue trial. In light of the fact that defendant Adande has moved for the continuance and that the government has no objections to the continuance motion and for the reasons set forth below, the court concludes that the continuance motion should be granted.

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir.), <u>cert. denied</u>, 479 U.S. 823 (1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C.A. § 3161. The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a
> defendant charged in an ... indictment
> with the commission of an offense shall
> commence within seventy days from the
> filing date (and making public) of the
> ... indictment, or from the date the
> defendant has appeared before a judicial
> officer of the court in which such
> charge is pending, whichever date last
> occurs."

18 U.S.C.A. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... the reasonable time necessary for effective preparation." § 3161(h)(8)(B)(iv).

The court concludes that, in this case, a continuance is necessary because Adande's counsel requires additional time to prepare for the trial, in light of a sudden illness, and to negotiate a potential resolution. Thus,

the ends of justice served by granting a continuance outweigh the interest of the public and Adande in a speedy trial.  In addition, Adande has filed a waiver of his speedy trial rights.

Accordingly, it is ORDERED as follows:

(1) Defendant Benedict Olusola Adande's motion to continue (Doc. No. 67) is granted.

(2) Defendant Adande's trial and jury selection are continued as follows: jury selection before Judge Mark Fuller on November 27, 2006, at 10:00, followed immediately by trial before Judge Myron H. Thompson.

DONE, this the 27th day of October, 2006.


_____ /s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE