**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
TELEPHONE:

CLERK
334 954-3600

November 14, 2006

**N O T I C E**

TO:   ALL COUNSEL OF RECORD:

You are hereby notified that the jury list and juror profiles for the term of court beginning on November 27, 2006, before Judge Myron Thompson will be available at 3:30 P.M. on Wednesday, November 22, 2006, in the Jury Assembly Room, Jury Administrator's Office (ROOM B-108), first floor, Frank M. Johnson, Jr. Courthouse Complex, One Church Street, Montgomery, Alabama.  The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such.  Counsel may carry the jury profiles to their office but no copies of the profiles shall be made or retained by counsel. Counsel **MUST** return **ALL** profiles to the Courtroom Deputy on the morning of jury selection.

If the jury list and profiles are not picked up on November 22, 2006 they will be available at 8:30 A.M. on the morning of jury selection in the courtroom designated for jury selection that day.

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

# NOTICE

The law requires that defendants in criminal cases be provided clothing other than prison attire at the time of trial.

It is the responsibility of the attorney who is retained or appointed to represent a defendant to make sure that suitable clothing is available at least one hour prior to jury selection at the lockup where the prisoner is held.

If an attorney is appointed under the Criminal Justice Act and neither the prisoner nor his family can provide clothing, the attorney should advise the court at least four days prior to jury selection in order that the court can make arrangements that such clothing is provided.