COURTROOM DEPUTY MINUTES  DATE: NOVEMBER 17, 2006   FTR RECORDING: 10:00 / 10:15
MIDDLE DISTRICT OF ALABAMA      COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT    √ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 2:06CR90-MHT-CSC | DEFENDANT NAME: BENEDICT OLUSOLA ADANDE |
| AUSA: TODD BROWN | DEFENDANT ATTY: JENNIFER HART |
| USPTS/USPO: | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |
| Defendant ___ does √ does NOT need and interpreter. Name: | |

☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity
√ Guilty as to: √ Count(s) 2;4 of the **Indictment.**
☑ Count(s) 1;3  ☐ dismissed on oral motion of USA;
☑ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered  √ Written plea agreement filed.  ☐ **ORDERED SEALED.**
√ **ORAL ORDER** Adjudicating defendant guilty.
☐ **ORDER:** Defendant Continued  ☐ Same Conditions/Bond imposed by Mag. Judge;
 ☐ Released on Bond & Conditions of Release for:  ☐ Trial on _____;
 ☐ Sentencing on _____;  ☐ to be set by Separate Order
√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
 ☐ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.