IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-090-MHT |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

## **ORDER**

On November 28, 2006, the Clerk of the Court received a letter from the defendant.  The Clerk of the Court is DIRECTED to attach a copy of that letter to this order for the purpose of preserving the letter and to send the original of the letter to counsel for the defendant.  It is

ORDERED that on or before December 12, 2006, the defendant shall file with the court a motion or other appropriate pleading concerning the issue raised in the letter about the plea agreement.

Done this 28th day of November, 2006.


       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE