2:06 CR 90 - MHT

Dear Court,

RECEIVED          11-27-06

2006 NOV 28  A 10: 01

 I do not agree with count two (2) on my plea agreement of bank fraud, signed on November 17, 2006.

 I would like the court to know that I was fully competent when I agreed to sign the plea agreement. My attorney and I agreed that she was going to rephrase the wordings that related to count 2. When I received a copy of the plea agreement, nothing was done about it. This agreement also took place in a recorded conference by may attorney Jennifer Hart and her private investigator.

 As you can see by my criminal record, this is my first time going through a legal procedure such as this. So I want to make certain that there are no errors in my plea agreement before I appear in front of the sentencing judge.

Sincerely,

Benedict Adande

DOCKET# 2:06 cr 90 - MHT
136 North Court St.
Prattville Al. 36067