IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr90-MHT |
| ) | |
| BENEDICT OLUSOLA ADANDE ) | |

**MOTION TO WITHDRAW
AND FOR SUBSTITUTION OF COUNSEL**

**COMES NOW** the undersigned counsel, Jennifer A. Hart and, and hereby moves this Court to withdraw as counsel for Benedict Adande and requests that this Court order the substitution of new counsel. In support of this Motion, the undersigned counsel states:

1. On March 10, 2006, the Federal Defender Office was appointed to represent Benedict Adande.

2. The case was assigned to Assistant Federal Defender Jennifer A. Hart who filed a Notice of Appearance on March 13, 2006.

3. On April 4, 2006, Mr. Adande filed, *pro se*, a *Motion to be Recognized as Co-Counsel,* which was denied by the Court on April 11, 2006.

4. The relationship between attorney and client has been troubled from the start of the case with Mr. Adande making repeated accusations that things which had been previously explained had not been explained, or that he had not been permitted to see discovery when such discovery had been provided. The relationship has continued to deteriorate to a point where counsel cannot productively communicate with Mr. Adande.

5. On October 25, 2006, Mr. Adande filed a *Motion to Appoint New Counsel* in which he alleged that Attorney Hart did not have his "best interests" in mind in handling his case and that

the client and Ms. Hart "seem to disagree on a lot of issues." (Docket # 61)

6. The Court held a hearing on the motion on October 26, 2006 and entered an oral order denying the motion the same day. The Court, however, did grant leave for First Assistant Federal Defender Kevin Butler to assist on the case. (Docket # 65) Mr. Butler filed a Notice of Appearance on the same date. (Docket # 66)

7. On November 16, 2006, Mr. Adande entered a Notice of Intent to Change Plea and on the following day, the Court held a plea hearing and accepted Mr. Adande's guilty plea to Counts 2 and 4 of a four-count Indictment.

8. Following that hearing, Mr. Adande sent a letter to the Court in which he stated that he did not agree with Count 2 of the Indictment, one of the Counts to which he pled guilty. Specifically, Mr. Adande was not happy with the "wording that related to count 2," and he stated that, "my attorney and I agreed that she was going to rephrase the wording that related to Count 2."

9. Upon receipt of the letter, counsel met with Mr. Adande on several occasions to address the concerns he raised to the Court. It quickly became clear that Mr. Adande was not happy with the way the plea hearing was conducted nor with the specific language of the plea agreement. Mr. Adande advised counsel that he now wishes to withdraw his plea.

10. Upon information and belief, any motion to withdraw the plea would be based upon a claim of ineffective assistance of counsel by Mr. Adande. Thus, the position Mr. Adande is now taking places him in a direct conflict with his currently appointed counsel.

11. Also, based on information the undersigned counsel has received from Mr. Adande which would fall within the attorney/client privilege, the undersigned counsel believes she cannot ethically represent Mr. Adande is pursuing the withdrawal of his guilty plea.

**WHEREFORE**, for the foregoing reasons, Defense Counsel respectfully requests that this

Motion be granted and that new counsel be appointed to represent Mr. Adande in all further proceedings.

                                          Respectfully submitted,

                                          s/Jennifer A. Hart
                                          **JENNIFER A. HART**
                                          FEDERAL DEFENDERS
                                          MIDDLE DISTRICT OF ALABAMA
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          jennifer_hart@fd.org
                                          AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd Brown, Esq., Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189