IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR90-MHT |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

### **ORDER**

Upon consideration of the motion to withdraw and for substitution of counsel (doc. # 81) filed by Jennifer A. Hart, Esq. and Kevin Butler, Esq., it, it is

ORDERED the motion be and is hereby GRANTED and that a panel attorney be and is hereby appointed to represent the defendant for all further proceedings. Newly appointed counsel shall file a notice of appearance. It is further

ORDERED that argument on the defendant's concerns about his plea agreement, *see* doc. # 76, be and is hereby set on January 4, 2007, at 10:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing. It is further

ORDERED that the motion to seal (doc. # 79) be and is hereby GRANTED.

Done this 14th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE