IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **PLAINTIFF** * | |
| * | |
| v.   * | CR. NO. 2:06-CR-90-MHT |
| * | |
| **BENEDICT OLUSOLA ADANDE,** * | |
| **DEFENDANT** * | |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as counsel for Defendant, Benedict Olusola Adande. Further, Defendant prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, December 23, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Benedict Olusola Adande

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:


      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021