IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 2:06-CR-90-MHT |
| | * | |
| BENEDICT OLUSOLA ADANDE, | * | |
| DEFENDANT | * | |

## MOTION TO CONTINUE HEARING

Comes now Defendant, through counsel, and moves the Court to continue the hearing presently set for January 4, 2006 at 10:00AM on Defendant's concerns about his plea agreement be continued and for cause states that counsel for Defendant has a trial set before Hon. John Capell in Juvenile Court of Montgomery County on the same date at the same time. Further, counsel has just been appointed to represent Defendant and would ask for an additional week within which to establish rapport with Defendant and to better understand Defendant's concerns.

Respectfully submitted this day, December 23, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Benedict Olusola Adande

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021