IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06cr90-MHT |
| | ) | |
| BENEDICT OLUSOLA ADANDE | ) | |

**ORDER**

Now pending before the court is the defendant's motion to continue the hearing presently set for 10:00 a.m. on January 4, 2007. For good cause, it is

**ORDERED** that the defendant's motion to continue (doc. # 85) be and is hereby GRANTED. It is further

ORDERED that the hearing presently set for 10:00 a.m. on January 4, 2007, be and is hereby RESET to 2:00 p.m. on January 12, 2007, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 27th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE