## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 1/12/07 | AT | 1:57 to 2:08 |
| DATE COMPLETED: 1/12/07 | TO | Digital Recorded |

UNITED STATES OF AMERICA

VS.

BENEDICT OLUSALO DANDE

_Defendant_

CASE NO. 2:06CR-90-MHT

**APPEARANCES:**

| GOVERNMENT | DEFENDANT |
|---|---|
| Atty. Todd Brown | Atty. Timothy Halstom |

### COURT OFFICIALS PRESENT:

Court Room Deputy: Wanda Stinson    Law Clerk: Corrie Long

Court Reporter: James Dickens

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: __PLEA AGREEMENT HRG__

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Hearing on plea agreement - 06cr90-MHT |
| **Date** | 1/12/2007 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 1:57:40 PM | Court | Court conconvenes; parties present as noted; Discussions as to the hand-written letter from Mr. Adande expressing some concern or problem about his plea agreement; Discussion as to whether this matter should proceed ex parte; |
| 1:58:18 PM | Atty. Halstrom | Addresses the court ; At one stage it may; the Govt may have an interest in the preliminary aspect, but if there is additional discussion s with the court, deft would ask that it be ex parte; |
| 1:58:28 PM | Court | Just let the court know when we need do that and we excuse Mr. Brown on that; Discussion as to the concerns; |
| 1:58:46 PM | Atty. Halstrom | Will let deft explain what his concerns are; This not a hearing to withdraw the plea ; Client is concerned that his conduct of what he did, he is not convinced that it meets the criteria for elements one and two; Have discuss the case thoroughly with the deft; Hope that the court will allow him to explain what he did what his conduct was and determine whether or not that fits in the elements of the crime alleged; Request now that AUSA Brown be excused; |
| 2:00:08 PM | Court | If all he's going to say is what he did, he's already entered a plea of guilty to these charges; There are no 5th amendment concerns; |
| 2:00:19 PM | Atty. Halstrom | Have discussed that with him too; |
| 2:00:44 PM | Court | Alright, Mr. Adande; |
| 2:00:44 PM | Atty. Brown | Addresses the court that it might be prudent to advise Mr. Adande of his right not potentionally incriminate himself on perjury charges by discussing this matter; |
| 2:00:56 PM | Court | He's not under oath at this point; |
| 2:01:01 PM | Atty. Brown | He was the last time; |
| 2:01:03 PM | Court | He's not now; |
| 2:01:08 PM | Atty. Halstrom | Let me set the stage for Mr. Adande; Question to deft as to his involvement in this particular crime was; |
| 2:01:25 PM | Deft Adande | Addresses the court as to what he did; |
| 2:02:57 PM | Atty. Halstrom | Question to Mr. Adande as to the evidence presented by the Govt. as to the three cards involved; |
| 2:03:10 PM | Deft Adande | Response; I'm being charged with White's card and Mr. Barnes' card; |
| 2:03:15 PM | Atty. Halstrom | Discussion as to Mr. Barnes case and the deft's use of the card; |
| 2:03:23 PM | Deft Adande | Response; |
| 2:03:25 PM | Atty. Halstrom | You never spoken with Mr. Barnes? |
| 2:03:27 PM | Deft Adande | I havn't directly; |
| 2:03:30 PM | Atty. Halstrom | Mr. Barnes did not give you direct authority the use his card? |

| Time | Speaker | Statement |
|---|---|---|
| 2:03:33 PM | Deft Adande | Never spoke with him, so I never got no direct authorization from Mr. Barnes to use his card; |
| 2:03:43 PM | Atty Halstrom | That's the essence of his involvement and it clearly comes within the perview of the statute; |
| 2:03:56 PM | Court | Question to deft as why he thinks it doesn't meet the requirements of the statute; |
| 2:04:01 PM | Deft Adande | I explained that to Jennifer Hart; |
| 2:04:03 PM | Court | Not asking what you said to her; I'm asking why you think that; |
| 2:04:11 PM | Deft Adande | Response; Didn't do any of the activities with the intent to suffer any loss to any financial institute or any body directly; Thought I had authorization to use the card because the pin was provided to me; |
| 2:04:57 PM | Court | Whose card did you thought it was? |
| 2:04:59 PM | Deft Adande | I thought it was a friend of the 3rd party that presented the card to me; |
| 2:05:07 PM | Atty. Halstrom | He thought that this 3rd party received the card from someone Mr. Adande did not know, but Mr. Barnes allowed the 3rd party to use the card and therefore he felt that he could use the card; |
| 2:05:33 PM | Court | Addresses the issue; Not sure what it is you are asking the court to do; |
| 2:06:03 PM | Atty. Halstrom | The facts explained to the today satisfies the govt,, the court and the defense that he has commited a crime alleged in count 2; |
| 2:06:18 PM | Court | Regardliess of what he saids today; what is said at the time of the court's taking of his plea satisfied the court that there was a sufficient factual basis to establishes all the elements of the offense of I wouldn't have taken the plea; So, what is it your asking the court to do? |
| 2:06:41 PM | Deft Adande | Response; |
| 2:07:02 PM | Court | Those are matters you can take up at the time of sentencing; Deft advised that he can file a motion to withdraw his plea if he wants to do that; Do see anything you are asking the court to do; |
| 2:08:03 PM | Deft Adande | Have had a chance to explain myself, so if the court and everybody is satisfied, I would be satisfied with the plea I accepted earlier; |
| 2:08:13 PM | Court | Alright; Court is recessed. |