IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| PLAINTIFF * | |
| * | |
| v. * | CR. NO. 2:06-CR-90-MHT |
| * | |
| BENEDICT OLUSOLA ADANDE, * | |
| DEFENDANT * | |

### MOTION TO CONTINUE SENTENCING HEARING

Comes now Defendant, through counsel, and moves the Court to continue the sentencing hearing presently set for January 31, 2006 and for cause states as follows:

1. Due to Defendant's motion to clarify his position on his plea which was heard by the Court on January 12th, Probation Officer Jeffery Lee has requested some additional time to complete the Pre-Sentence Investigation report.

2. Defendant agreed to request additional time from the Court and with the concurrence of the Office of the U.S. Attorney now moves the Court to continue the sentencing hearing until as soon after February 12, 2007 as the Court's calendar permits.

Respectfully submitted this day, January 29, 2007.

    /s/Timothy C. Halstrom
    Timothy C. Halstrom
    Attorney for Defendant Benedict Olusola Adande

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 29, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021