IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr90-MHT |
| BENEDICT OLUSOLA ADANDE | ) | |
| | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Benedict Olusola Adande's motion to continue sentencing (Doc. No. 88) is granted.

(2) Sentencing for defendant Adande, now set for January 31, 2007, is reset for February 15, 2007, at 8:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 29th day of January, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**