IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | CR. NO. 2:06-CR-0090-MHT |
| ) | |
| BENEDICT OLUSOLA ADANDE ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty to an indictment charging violations of Title 18, United States Code, Section 1344, and Title 42, United States Code, Section 408, pursuant to a plea agreement.

2. Defendant has met with federal agents in this matter and has identified other individuals in Alabama, Georgia, and New York, who are involved in illegal identify theft activity . Defendant has agreed to testify against those individuals, if required, before a federal grand jury, at trial, or both.

3. The assistance provided by Defendant is considered by the United States to be substantial, and the Government is satisfied that Defendant is entitled to be considered for a reduction of sentence under § 5K1.1 U.S.S.G., and moves this Court to reduce the applicable offense level of Defendant by 3 levels.

Respectfully submitted, this the 13th day of February, 2007.

           LEURA G. CANARY
           UNITED STATES ATTORNEY

           s/Todd A. Brown
           TODD A. BROWN
           Assistant United States Attorney
           One Court Square, Suite 201
           Montgomery, AL 36104
           Phone: (334)223-7280
           Fax: (334)223-7135
           E-mail: todd.brown@usdoj.gov
           ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-CR-0090-MHT |
| ) | |
| BENEDICT OLUSOLA ADANDE ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy C. Halstrom, Esquire.

Respectfully submitted,

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T