AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

V.

BENEDICT OLUSOLA ADANDE

**NOTICE**

CASE NUMBER:   2:06cr90-01-MHT

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex    2FMJ One Church Street Montgomery, AL 36104 | 2/15/07 @ 8:30 a.m. | **RESET TO 2/15/07 @ 2:00 p.m.** |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

2/13/2007
DATE

(BY) DEPUTY CLERK