# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   February 15, 2007          AT  2:05    A.M./P.M.

DATE COMPLETED   February 15, 2007          AT  2:32    A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06-cr-90-01-MHT
        VS.

BENEDICT OLUSOLA ADANDE

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Todd A. Brown | X | Atty Timothy C. Halstrom |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| Time | Event |
|---|---|
| 2:05 p.m. | Sentencing hearing commenced. Terms of the plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Defendant's objection to page 6, paragraph 25 of the PSR as stated on the record. Objection overruled by Court. |
| 2:17 p.m. | Recess for probation to modify statement of reasons to include deportation condition. |
| 2:25 p.m | Sentencing continues. Sentence imposed; **ORAL ORDER** during sentence imposition granting [90] Motion for Downward Departure. Government's **ORAL MOTION** to dismiss Counts 1 and 3 of the Indictment. **ORAL ORDER** granting Oral Motion to dismiss Counts 1 and 3. |
| 2:32 p.m. | Hearing concluded. |