IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 2:06-CR-90-MHT |
| | * | |
| **BENEDICT OLUSOLA ADANDE,** | * | |
| **DEFENDANT** | * | |

## MOTION TO DISCHARGE COUNSEL

Comes now the undersigned attorney for Defendant, Benedict Olusola Adande, and moves the Court to discharge said counsel from further representation of Defendant and for cause states to the Court that Defendant was sentenced on February 15, 2007. There being no further action required, the terms of counsel's appointment under the Criminal Justice Act to represent defendant have been fulfilled and Counsel is due to be discharged.

Respectfully submitted this day, October 29, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Benedict Adande

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021