IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr90-MHT |
| **BENEDICT OLUSOLA ADANDE** | ) | |

### ORDER

It is ORDERED that the motion to discharge counsel (Doc. No. 99) is granted.

DONE, this the 29th day of October, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**